UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  09-CIV-60032-COHN-SELTZER

PENN-FLORIDA CAPITAL CORP.,

    Plaintiff/Counter-Defendant,

v.

GALLIFREY PARKLAND LLC,

    Defendant/Counter-Plaintiff

_____/

**ORDER GRANTING MOTIONS TO AMEND**
**ORDER GRANTING IN PART MOTION FOR CONTINUANCE**

THIS CAUSE is before the Court upon Plaintiff/Counter Defendant's Motions to Amend Complaint and Counterclaim Defenses [DE 31 and 32] and Plaintiff's unopposed Motion for Continuance of Trial and Modification of Scheduling Order [DE 34].  The Court has carefully considered the motions and notes that Defendant does not oppose the motions to amend as long as the scheduling order time limits are extended.

The current scheduling order required motions to amend to be filed by April 24, 2009.  Thus, the present motions to amend are timely and are granted.  As to the motion for continuance, the fact discovery cutoff is not until July 24, 2009.  The Court understands the request for additional time, but will extend the deadlines by only four weeks at this time.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff/Counter- Defendant's Motions to Amend Complaint and Counterclaim Defenses [DE 31 and 32] are both hereby **GRANTED**;

2. Within 3 business days, Plaintiff/Counter-Defendant shall separately file the Amended Complaint and the Amended Answer and Affirmative Defendants to the Counterclaim;

3. Plaintiff's unopposed Motion for Continuance of Trial and Modification of Scheduling Order [DE 34] is hereby **GRANTED in part and DENIED in part**;

4. The following deadlines shall now apply to this case:

| | |
|---|---|
| Expert Disclosures, including reports | July 15, 2009 |
| Rebuttal Expert Disclosures | August 14, 2009 |
| Fact Discovery | August 21, 2009 |
| Expert Discovery | August 28, 2009 |
| Substantive pretrial motions: | September 18, 2009 |
| Daubert motions: | Ten days after submission of expert affidavit if submitted in support or opposition to motion for summary judgment, or by October 15, 2009, if witness is only trial witness |
| Motions in limine | October 29, 2009 |
| Joint Pretrial Stipulation and Deposition Designations for unavailable trial witnesses | November 6, 2009 |
| Responses to motions in limine | November 9, 2009 |
| Jury instructions/voir dire questions and objections/cross-designations to deposition designations | Calendar Call |

2. The Calendar Call for these cases is reset for 9:00am on November 12, 2009, in Courtroom 203E of the United States Courthouse, 299 East Broward Blvd, Fort

Lauderdale, Florida;

3. The trial for these cases is reset for the two-week period commencing November 16, 2009.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of May, 2009.

JAMES I. COHN
United States District Judge

copies to:

counsel of record on CM/ECF